```
                                          JS-6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL R. GARDNER, SR., )<br>MARCELLINE M. GARDNER, )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>BANK OF AMERICA, )<br>MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS )<br>INC., AND RECONTRUST )<br>COMPANY, N.A., )<br>    )<br>    Defendants. )<br>_____) | Case No. EDCV 10-01874<br>VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE as to Defendants Bank of America, Inc. and ReconTrust Company, N.A. and DISMISSED WITHOUT PREJUDICE as to Defendant Mortgage Electronic Registration Systems, Inc. The Court orders that such judgment be entered.

Dated: March 2, 2011

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge